FITZPATRICK V. MOORE.

Decided March 1, 1890.

*Contract in writing—Parol evidence of consideration.*

Where the consideration of a contract is not set forth in the written evidence of it, parol evidence is admissible to show what it was.

APPEAL from *Phillips* Circuit Court in Chancery.

M. T. SANDERS, Judge.

A contract in writing recited the consideration of five dollars cash in hand paid and "other good and valuable consideration." The court admitted oral evidence to show the nature of the consideration. To this action exception was taken.

*J. C. Tappan*, *J. J. Hornor* and *Compton & Compton* for appellant.

*U. M. & G. B. Rose* for appellee.

PER CURIAM. The consideration of the contract is not set forth in the written evidence of it, and the proof to show what the consideration was does not vary the terms of the writing. The court's finding of facts is sustained by the evidence, and the judgment is affirmed.